UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES KENNETH McAULEY, ) | |
| et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01826 AGF |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Based on the joint motion of the parties, and for good cause shown, it is hereby ORDERED that the dates set forth in the Case Management Order (Doc. 29) relating to the deadline for dispositive motions, and the attendant briefing schedule, the deadlines for pretrial disclosures, and for the trial are stayed until further Order of the Court. It is further ordered that, within ten days of any denial of Defendants' Motion to Dismiss by the Court, the parties should submit a Joint Proposed Order, setting forth deadlines for the efficient disposition of the case, and requesting a status conference for the purpose of establishing those dates with the Court.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 2nd day of June, 2006.