UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES KENNETH MCAULEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FEDERAL INSURANCE COMPANY, )<br>et al. )<br>)<br>Defendants. ) | Case No.   4:05CV01826 AGF |

## **ORDER**

In light of the fact that the Eighth Circuit has not yet issued a mandate in this case,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for an order setting a scheduling conference is **DENIED** as premature.  Upon issuance of the mandate, the Court will set a status and scheduling conference.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of September, 2007.