UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JAMES KENNETH MCAULEY, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | Case No. 4:05CV01826 AGF |
| FEDERAL INSURANCE COMPANY, et al. | ) | |
| Defendants. | ) | |

## ORDER

In light of the fact that the Eighth Circuit has not yet issued a mandate in this case,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for an order setting a scheduling conference is **DENIED** as premature. Upon issuance of the mandate, the Court will set a status and scheduling conference.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of September, 2007.