UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES KENNETH McAULEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1826 AGF |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On oral motion of the parties made at the hearing on May 22, 2008,

**IT IS HEREBY ORDERED** that the current trial date of June 2, 2008 is vacated, to be reset at a later date if needed.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of May, 2008.