UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES KENNETH McAULEY, TERRENCE FRANCES McAULEY, MATTHEW REDDEN McAULEY, AIDAN PAUL McAULEY, KATHLEEN ANNE McAULEY, MARY FRANCES BARZEE, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, CHUBB GROUP OF INSURANCE COMPANIES, ANHEUSER-BUSCH EMPLOYEES BENEFITS TRUST, and ANHEUSER-BUSCH COMPANIES, INC., <br><br> Defendants. | Case No. 4:05CV1826 AGF |

## JUDGMENT

Pursuant to the Memorandum and Order filed herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered on behalf of Defendants and against Plaintiffs.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day March, 2009.